# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE
7 Southwoods Boulevard, Albany New York 12211

**Andrea E. Celli, Esq.**　　　Telephone: (518) 449-2043　　　for payments only:
　　**Trustee**　　　　　　　　Facsimile: (518) 449-2473　　　　P.O Box 1918
**Bonnie Baker, Esq.**　　　　　　　　　　　　　　　　　　　Memphis, TN  38101-1918
**Assoc. Attorney**

April 09, 2019

Thomas A. Warren, Esq.
POB 1657
Tallahassee, FL 32302

Re:    John & Candice Ellis
　　　 Case No. 18-10405

Dear Mr. Warren:

　　　The above-referenced individuals filed a petition under Chapter 13 of the Bankruptcy Code on March 15, 2018. I am the Chapter 13 Trustee appointed to administer the debtor's plan. It is my understanding that you are representing Mrs. Ellis in connection with a pending lawsuit.

　　　Please be advised that the debtor's cause of action is an asset of the bankruptcy estate and that some of the proceeds of any successful recovery may have to be paid to me, as Trustee. In addition, any settlement of this claim must be approved by the Bankruptcy Court. Please keep me informed as to the status of the case as events warrant.

　　　Please be further advised that an Order of Retention of your firm as Special Counsel is not required at this time, however, fees may not be collected until an Order of Retention and approval of fees is obtained from the Court. Normally, such an Order is sought with a request for a proposed settlement or after entry of a judgment in this case.

　　　Should you have any questions, please do not hesitate to call my office. Thank you for your time and anticipated cooperation.

Very truly yours,

/Andrea E. Celli
Chapter 13 Standing Trustee

AEC: kr
CC: Elizabeth Fairbanks Fletcher Esq.