UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

John K Ellis and Candice R Ellis           Case No. 18-10405
          Chapter 13
          Debtors.

## TRUSTEE'S OBJECTION TO PROPOSED MODIFICATION

Andrea E. Celli, Trustee hereby objects to the proposed Modified Plan on the basis that it does not meet the requirements of 11 U.S.C. 1329(b).

<u>LIQUIDATION</u>: Modified Plan does not provide unsecured creditors with at least as much as they would have received under a Chapter 7 liquidation pursuant to 11 U.S.C. 1325(a)(4).

-Need status of gender discrimination claim/cause of action discussed at filing.

Dated: February 14, 2024           /s/ Andrea E. Celli
          Andrea E. Celli, Trustee
          7 Southwoods Blvd.
          Albany, NY  12211

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:  John K Ellis
         Candice R Ellis

Case No.: 18-10405
Chapter 13

Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that the foregoing is true and correct:

1. I am not a party to the action and am over 18 years of age.

2. On this date, I caused a true copy of Trustee's Objection to Modification to be served on the following individuals via electronic means:

   Office of the U.S. Trustee            Elizabeth Fairbanks Fletcher, Esq.

3. On this date, I served a true copy of Trustee's Objection to Modification by mailing the same in a sealed envelope, via **first class mail,** with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York to the following parties:

   John K Ellis
   Candice R Ellis
   2 Callagan Drive
   Saratoga Springs, NY  12866

Executed on: FEBRUARY 14, 2024

/s/  Kim Waxman
Kim Waxman
Office of Andrea E. Celli
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211