UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

John K Ellis and Candice R Ellis          Case No. 18-10405
                                           Chapter 13
            Debtors.

TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that the undersigned Trustee will move this Court for an Order dismissing this Chapter 13 case. Said motion shall be heard at the United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Suite 306, Albany, NY 12207 on December, 05, 2024 at 11:15 AM. Appearances may be made in-person at the courthouse OR by telephone via call-in number: 518-217-2288; and conference ID: 939500229#.

PLEASE TAKE FURTHER NOTICE, that if this case is <u>dismissed after confirmation of a Chapter 13 plan,</u> the Trustee seeks approval to distribute all funds received by the Trustee before dismissal (less Trustee fees) to pay allowed claims under the terms of the confirmed plan.

PLEASE TAKE FURTHER NOTICE, that if this case is <u>dismissed before confirmation of a Chapter 13 plan</u>, the Trustee seeks an Order (1) approving and directing payment of a fee in the sum of **$2,000** for general legal services rendered by Debtors' Attorney in this Chapter 13 case(the "Case Approved Fee") and (2) directing payment of any and all previously court-approved fees awarded to Debtors' Attorney for legal services rendered in connection with

this Court's Loss Mitigation program (the "Loss Mit Fees").  Funds on hand with the Trustee will first be disbursed to pay the Loss Mit Fees, with the balance disbursed to pay the Case Approved Fee.

If Debtors' Attorney has received less than the Loss Mit Fees plus $2,000 before dismissal, any portion not paid, may be paid from funds on hand with the Chapter 13 Trustee.  If the Loss Mit Fees plus the full $2,000 are not satisfied after the Trustee's disbursement, any remaining balance may be collected from the Debtor(s).  If Debtors' Attorney has received more than the Loss Mit Fees plus $2,000 prior to dismissal, Debtors' Attorney shall be required, within ten (10) days after entry of the Order Dismissing Case to either (1) refund all amounts received in excess of the Loss Mit Fees plus $2,000 to the Debtor(s) and file proof of same with the Court, or (2) file and serve an Application for Compensation for approval of all fees received and sought.  Further, in these instances, the Court may also direct that the balance of the funds received by the Trustee before dismissal (after payment of applicable trustee fees and any Loss Mit Fees and Case Approved Fee as set forth above) be returned to the Debtor(s).

TRUSTEE'S MOTION:   The undersigned Trustee hereby moves pursuant to Section 1307 (c) of the U.S. Bankruptcy Code (11 U.S.C. 1307) for an order dismissing this case based on Debtor's delay which is prejudical to creditors and /or Debtor's ineligibility as follows:

-Other:

    -Failure to fund in proceeds.

PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL RULE 9013-4, IF YOU INTEND TO OPPOSE THIS MOTION, YOU MUST SERVE ON THE CHAPTER 13 TRUSTEE, AND FILE WITH THE COURT OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NO LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.

Dated: September 19, 2024              /s/ Andrea E. Celli
                                       Andrea E. Celli
                                       Chapter 13 Standing Trustee
                                       7 Southwoods Blvd.
                                       Albany, NY  12211

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE: John K EllisCase No.: 18-10405
Candice R EllisChapter 13

Debtors

### CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that the foregoing is true and correct:

1. I am not a party to the action and am over 18 years of age.

2. On this date, I caused a true copy of Trustee's Notice of Motion and Motion to Dismiss to be served on the following individuals via electronic means:

   Office of the United States TrusteeElizabeth Fairbanks Fletcher, Esq.

3. On this date, I served a true copy of Trustee's Notice of Motion and Motion to Dismiss by mailing the same in a sealed envelope, via **first class mail,** with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York to the following parties:

   John K Ellis
   Candice R Ellis
   2 Callagan Drive
   Saratoga Springs, NY  12866

Executed on:  September 19, 2024/s/  Kim Waxman

Kim Waxman
Office of Andrea E. Celli
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211