So Ordered.

Signed this 2 day of December, 2024.



Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:  
    JOHN K. ELLIS  
    CANDICE R. ELLIS,  
           Debtors.

Case No. 18-10405  
Chapter 13

### ORDER

Upon the Motion filed by the Debtors for an Order modifying their chapter 13 plan after confirmation, by Elizabeth Fairbanks-Fletcher, Esq., attorney for Debtors, dated January 15, 2024, and the Chapter 13 Trustee having filed an objection that has now been resolved, and no other objections or appearances having been made or any written opposition having been filed on or prior to the adjourned return date of September 12, 2024; and

Having considered the Debtors' motion, the Court finds that the Debtors seek to modify their plan payments to modify the plan to reduce the plan base to $51,409.43 plus the non-exempt proceeds from joint debtor's discrimination lawsuit; and

Debtors' attorney further seeks an award of attorney fees and costs in the amount of $25.65; and

Now, good cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED**, that the Debtors' motion to modify their chapter 13 plan, after confirmation, be, and the same is hereby granted, and the Chapter 13 plan be, and the same is hereby modified as detailed herein, and it is further

**ORDERED**, that the plan, as modified herein, constitutes the Chapter 13 plan in this case; and it is further

**ORDERED**, that that Debtors' attorney is awarded $25.65 for attorney fees and costs; and it is further

**ORDERED**, that the Chapter 13 Trustee shall pay to Debtors' attorney the sum of $25.65 from the funds on hand as soon as practicable as an administrative claim through Debtors' Chapter 13 plan.

ON CONSENT

_____
Bonnie Baker, Esq.
o/b/o Office of the Chapter 13 Trustee

# # #