**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

<u>**This Form Is To Be Used for Motion[1] Calendar Only.**</u>

Case Name:  John K Ellis & Candice R Ellis

Case No: 18-10405

Division: Albany

Adversary Proceeding No. (if applicable):

    ☒  Adjournment request[2] for Hearing on Motion at Docket No.: <u>171</u>

       Reason for Adjournment Request: Allow time to cure the default or file motion to modify plan

       Original Return Date of Motion: December 05, 2024 11:15 am

       Number of prior adjournment request that have been made: <u>2</u>

    ☐  Notification of Withdrawal of  ☐  Motion;  ☐  Opposition/Response;  ☐ Other: _____
       at Docket No:  _____

    ☐  Notification of Settlement of Motion at Docket No:  _____

Date of Hearing: 02/13/2025

Requested Adjourned Hearing Date: 03/27/2025 11:15 am

Requesting Attorney's Name, Office Address, Phone <u>and</u> Email Address:
    Andrea E. Celli, 7 Southwoods Blvd., Albany, NY  12211
    (518)449-2043
    court@ch13albany.com

Consent of All Parties Obtained?    ☒  Yes    ☐  No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:  Elizabeth Fairbanks Fletcher, Esq.

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.